X Priority
X Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U S DISTRICT COURT
NOV - 3 2005
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| WILDGATE WIRELESS, INC., etc., <br><br> Plaintiff, <br><br> v. <br><br> INTERMETRO COMMUNICATIONS, INC., etc. et al., <br><br> Defendants. | SACV 05-1064-CJC(ANx) <br><br> **NOTICE OF INTENT TO SCHEDULE THE CASE** |

DOCKETED ON CM
NOV - 4 2005
BY                039

**TO ALL COUNSEL OF RECORD,** notice is hereby given that on *January 3, 2006,* the Court will issue a Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b) establishing dates for the completion of discovery, the filing of motions, pretrial conference, and trial in the above entitled case. **No scheduling conference will be held unless ordered by the Court.**

The parties are **HEREBY ORDERED** to hold an early meeting of counsel not later than 21 days in advance of the above date, and to file a report of such



1 meeting not later than 14 days thereafter in accordance with Federal Rule of Civil

3 Procedure 26(f) and Local Rule 26-1. In scheduling the case, the Court will rely
4 upon the pleadings, as well as the Rule 26(f) report. Counsel are referred to
5 Federal Rule of Civil Procedure 26(f) and Local Rule 26-1 for the specific
6 requirements of the report. In addition, counsel are directed to provide the
7 specific reasons for their selection of a particular discovery cutoff date.

9 **IT IS SO ORDERED.**
10 IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies
11 of this Order on counsel for the parties in this matter.

13 DATED: November 3, 2005

_____
CORMAC J. CARNEY
United States District Judge