LODGED

FILED - SOUTHERN DIVISION
CLERK, U S DISTRICT COURT

DEC 1 6 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

1  David I. Lefkowitz  (SBN 127457)
   WILSHIRE PALISADES LAW GROUP, P.C.
2  233 Wilshire Boulevard, Suite 820
   Santa Monica, California  90401-1207
3  Telephone: (310) 393-4929
   Facsimile:  (310) 393-5438
4  Email:dl@wplawgroup.com

5  Attorneys for Defendant
   INTERMETRO COMMUNICATIONS, INC.
6

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
                          SOUTHERN DIVISION
11                                               **"BY FAX"**

12
   WILDGATE WIRELESS, INC., a          )  Case No. SACV 05-1064 CJC (ANx)
13 California corporation,              )  The Honorable Cormac J. Carney
                                        )
14        Plaintiff,                    )  **STIPULATION TO EXTEND TIME FOR**
                                        )  **FILING OPPOSITION AND REPLY**
15                                      )  **PAPERS IN CONNECTION WITH**
          vs.                          )  **MOTION FOR PRELIMINARY**
16                                      )  **INJUNCTION; [PROPOSED] ORDER**
17 INTERMETRO COMMUNICATIONS, INC., )
   a California corporation, d/b/a MINUTE )
18 VALUES, and DOES 1 through 10, inclusive, )  Motion Date:  December 19, 2005
                                        )
19        Defendants.                   )  Time:         1 30 p.m.
                                        )
20 _____)  Courtroom:    9B
21

22
        WHEREAS, WILDGATE WIRELESS, INC., a California corporation ("Wildgate") has
23
   filed a Motion for Preliminary Injunction (the "Motion") which is now set for hearing on
24
   December 19, 2005;
25
        WHEREAS, David I. Lefkowitz is lead counsel for Defendant INTERMETRO
26
   COMMUNICATIONS, INC., a California corporation, d/b/a MINUTE VALUES ("Intermetro");
27
        WHEREAS, Mr. Lefkowitz is currently in China and will not return to the office until
28
   Monday, December 5, 2005;

ENTERED ON CM

DEC - 7 2005

BY                          039

1  WHEREAS, InterMetro's Opposition to the Motion is presently due on December 5,

2  2005; and

3  WHEREAS, in light of the foregoing situation, counsel for Wildgate and counsel for

4  InterMetro have agreed to extend the time for the filing of Opposition papers and Reply papers

5  in connection with the Motion;

6  NOW THEREFORE,

7  Wildgate and InterMetro, through counsel, stipulate as follows:

8  1.  The date and time for service of InterMetro's Opposition to the Motion shall be

9  December 6, 2005 at or before 5:00 P.M. Service of InterMetro's Opposition shall be by

10 email/pdf to Wildgate's counsel. Physical filing of InterMetro's Opposition with the Court shall

11 be completed at or before noon on ~~December 7, 2005~~ December 12, 2005.

12 2.  The date and time for service of Wildgate's Reply shall be December 13, 2005 at

13 or before 5:00 P.M. Service of Wildgate's Reply shall be by email/pdf to InterMetro's counsel.

14 Physical filing of Wildgate's Reply shall be completed at or before noon on ~~December 14, 2005~~ December 19, 2005.

15

16 Dated: November 2, 2005

Stephen D. Holz
WILSHIRE PALISADES LAW GROUP, P.C.
Attorneys for Defendant InterMetro

17

18

19

20 Dated: November 30, 2005

Joshua M. Wolff
WOLF LAW CORPORATION
Attorneys for Plaintiff Wildgate

21

22

23

24 IT IS SO ORDERED: AND THE HEARING ON THE MOTION

25 IS CONTINUED TO January 9, 2006 at 1:30 p.m.

26 Dated: December 5, 2005

Cormac J. Carney,
United States District Judge

27

28