UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SACV 05-1064 CJC (ANx)                    Date: December 12, 2005

Title: WILDGATE WIRELESS, INC. v. INTERMETRO COMMUNICATIONS, INC.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Debra Beard                              N/A
Deputy Clerk                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANT:

None Present                             None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING DEFENDANT'S REQUEST TO CROSS-EXAMINE LUIS A. MARTINEZ AT PRELIMINARY INJUNCTION HEARING (filed 12/9/05)**

Defendant Intermetro Communications, Inc.'s request to cross-examine Mr. Luis A. Martinez at the preliminary injunction hearing on January 9, 2006 is GRANTED. *See* Local Rule 7-8. The Court, however, denies Intermetro's request to depose Mr. Martinez "not later than December 12, 2005" because a December 12 deadline does not provide Mr. Martinez with ample notice prior to the deposition. Local Rule 7-8. Intermetro is free to depose Mr. Martinez prior to the hearing if the parties can mutually agree on a time and place for the deposition.

bes

MINUTES FORM 11
CIVIL-GEN



DOCKETED ON CM

DEC 13 2005

BY _____ 024

Initials of Deputy Clerk