Joshua M. Wolff, Esq. (Bar No. 134426)
jwolff@wolff-law.com
WOLFF LAW CORPORATION
660 Newport Center Dr., Suite 400
Newport Beach, California 92660
T: (949) 720-4140 | F: (866) 499-6700

Attorneys for Plaintiff Wildgate Wireless, Inc.



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| WILDGATE WIRELESS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERMETRO COMMUNICATIONS, INC., a California corporation, d/b/a MINUTE VALUES, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. SACV 05-1064 CJC (ANx)<br>Hon. Cormac J. Carney<br><br>**PLAINTIFF'S REQUEST and (PROPOSED) ORDER TO PRESENT LIVE OR DEPOSITION TESTIMONY AT PRELIMINARY INJUNCTION HEARING**<br><br>Date : January 9, 2006<br>Time : 1:30 p.m.<br>Ctrm. : 9B |

Pursuant to Local Rules 7-6 and 7-8, Plaintiff Wildgate Wireless, Inc. ("Wildgate") requests the opportunity to present live or deposition testimony of its President and Chairman, Luis A. Martinez, at the hearing on its motion for preliminary injunction, as set forth below.

Under Local Rule 7-6, "the Court may, in its discretion, require or allow oral examination of any declarant or any other witness." Under Local Rule 7-8, parties may request the opportunity to depose or cross-examine declarants in connection with a preliminary injunction hearing.

Defendant InterMetro Communications, Inc. ("InterMetro") requested the opportunity to depose or cross-examine Mr. Martinez pursuant to Local Rule 7-8. On December 12, 2005, the Court granted InterMetro's request.

Accordingly, if InterMetro deposes Mr. Martinez, then Wildgate requests the right to use the deposition transcript in support of its preliminary injunction motion. In addition, if InterMetro cross-examines Mr. Martinez at the preliminary injunction hearing, then Wildgate requests the right to examine Mr. Martinez as well.

Dated: December 14, 2005          WOLFF LAW CORPORATION

By: *[signature]*
Joshua M. Wolff, Esq.
Attorneys for Plaintiff
Wildgate Wireless, Inc.

So ordered.

Dated: 12/14/05          *[signature]*
Hon. Cormac J. Carney
U.S. District Judge

# PROOF OF SERVICE

I am over 18 years of age and not a party to this action. My business address is 660 Newport Center Dr., Suite 400, Newport Beach, California 92660.

On December 14, 2005, I served the foregoing **PLAINTIFF'S REQUEST and (PROPOSED) ORDER TO PRESENT LIVE OR DEPOSITION TESTIMONY AT PRELIMINARY INJUNCTION HEARING** in the manner below:

| | |
|---|---|
| David I. Lefkowitz, Esq. | Counsel for Defendant |
| Wilshire Palisades Law Group, P.C. | InterMetro Communications, |
| 233 Wilshire Blvd., Suite 820 | Inc. |
| Santa Monica, CA 90401-1042 | |
| T: (310) 393-4929 ׀ F: (310) 393-5438 | |

☒ U.S. MAIL: I deposited the documents with the U.S. Postal Service, postage prepaid, in Newport Beach, California.

☐ OVERNIGHT CARRIER: I delivered the documents, fare prepaid, to a carrier authorized to receive and transport documents for overnight delivery.

☒ ELECTRONIC TRANSMISSION: By court order or agreement of the parties, I transmitted scanned copies of the documents by email or facsimile. The transmission was complete and without error.

☐ PERSONAL DELIVERY: I delivered the documents to a courier authorized to transport documents for personal delivery.

I verify this service under California's penalty of perjury on December 14, 2005, in Newport Beach, California.

*/s/ Joshua M. Wolff*
Joshua M. Wolff