# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 05-1064-CJC(ANx) | Date | December 28, 2005 |
| Title | Wildgate Wireless, Inc., etc. -v- Intermetro Communications, Inc., etc, et al. | | |

Present: The Honorable     CORMAC J. CARNEY

| Debra Beard | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (In Chambers)

On the Court's own motion, the hearing on plaintiff's motion for preliminary induction currently scheduled for January 9, 2006 at 1:30 p.m. is continued to **January 13, 2006** at **2:00 p.m.**

The Clerk is directed to serve this minute order on counsel for all parties in this action.

DOCKETED ON
JAN - 3 2006
024
BY

Initials of Preparer:

Initials of Deputy Clerk: