1 | Joshua M. Wolff, Esq. (Bar No. 134426)
  | jwolff@wolff-law.com
2 | WOLFF LAW CORPORATION
  | 660 Newport Center Dr., Suite 400
3 | Newport Beach, California 92660
  | T: (949) 720-4140 | F: (866) 491-6706
4 |
  | Attorneys for Plaintiff Wildgate
5 | Wireless, Inc.

LODGED
JAN - 6 2006
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
        BY _____ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 9 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| WILDGATE WIRELESS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERMETRO COMMUNICATIONS, INC., a California corporation, d/b/a MINUTE VALUES, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. SACV 05-1064 CJC (ANx)<br>Hon. Cormac J. Carney<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date : January 13, 2006<br>Time : 2:00 p.m.<br>Ctrm. : 9B |

ORIGINAL

DOCKETED ON CM
JAN - 9 2006
BY _____ 039

WOLFF LAW CORPORATION
660 Newport Center Dr.
Suite 400
Newport Beach, CA 92660

Stipulation and (Proposed) Order re Preliminary Injunction Hearing

THE PARTIES STIPULATE to continue the hearing on plaintiff's motion for preliminary injunction to February 3, 2006. The parties base their Stipulation on these grounds:

1. The preliminary injunction motion was initially set for hearing December 19, 2005. On its own motion, the Court continued the hearing to January 9, 2006 and then to January 13, 2006.

2. Plaintiff's counsel is unable to attend a hearing on January 13, 2006. Counsel will be out of state for the funeral of his father-in-law.

3. Defendant's counsel is unable to attend a hearing on February 27, 2006. Accordingly, the parties are amendable to continuing the preliminary injunction hearing to February 3, 2006. The Court's clerk has indicated that February 3, 2006 at 4:00 p.m. is an available hearing time.

Based on the above, the parties hereby STIPULATE to continue the hearing on plaintiff's motion for preliminary injunction to February 3, 2006 at 4:00 p.m. in Courtroom 9B of the above court.

SO STIPULATED.

Dated: January 6, 2006          WOLFF LAW CORPORATION

                                By: _____
                                    Joshua M. Wolff, Esq.
                                    Attorneys for Plaintiff
                                    Wildgate Wireless, Inc.

Dated: January 6, 2006      WILSHIRE PALISADES LAW GROUP

By: _____
David I. Lefkowitz, Esq.
Stephen D. Holz, Esq.
Attorneys for Defendant
InterMetro Communications, Inc.

Based on a finding of good cause, the Court hereby ORDERS that the January 13, 2006 preliminary injunction hearing is continued to February 3, 2006 at 4:00 p.m. in Courtroom 9B.

SO ORDERED.

Dated: January 9, 2006

_____
HON. CORMAC J. CARNEY
U.S. District Court Judge

- 2 -

Stipulation and (Proposed) Order re Preliminary Injunction Hearing

| | |
|---|---|
| Dated: January __, 2006 | WILSHIRE PALISADES LAW GROUP |
| | By: _____<br>David I. Lefkowitz, Esq.<br>Stephen D. Holz, Esq.<br>Attorneys for Defendant<br>InterMetro Communications, Inc. |

Based on a finding of good cause, the Court hereby ORDERS that the January 13, 2006 preliminary injunction hearing is continued to February 3, 2006 at 4:00 p.m. in Courtroom 9B.

SO ORDERED.

Dated: January __, 2006

_____
HON. CORMAC J. CARNEY
U.S. District Court Judge

# PROOF OF SERVICE

I am over 18 years of age and not a party to this action. My business address is 660 Newport Center Dr., Suite 400, Newport Beach, California 92660.

On January 6, 2006, I served the foregoing **STIPULATION AND (PROPOSED) ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION** in the manner below:

| | |
|---|---|
| David I. Lefkowitz, Esq. | Counsel for Defendant |
| Wilshire Palisades Law Group, P.C. | InterMetro Communications, Inc. |
| 233 Wilshire Blvd., Suite 820 | |
| Santa Monica, CA 90401-1042 | |
| T: (310) 393-4929 \| F: (310) 393-5438 | |

☒ U.S. MAIL: I deposited the documents with the U.S. Postal Service, postage prepaid, in Newport Beach, California.

☐ OVERNIGHT CARRIER: I delivered the documents, fare prepaid, to a carrier authorized to receive and transport documents for overnight delivery.

☒ ELECTRONIC TRANSMISSION: By court order or agreement of the parties, I transmitted scanned copies of the documents by email or facsimile. The transmission was complete and without error.

☐ PERSONAL DELIVERY: I delivered the documents to a courier authorized to transport documents for personal delivery.

I verify this service under California's penalty of perjury on January 6, 2006, in Newport Beach, California.

_____
Joshua M. Wolff