JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| WILDGATE WIRELESS, etc., | ) | CASE NO. SA CV05-01064-CJC(ANx) |
|---|---|---|
| | ) | ORDER OF DISMISSAL UPON |
| PLAINTIFF, | ) | SETTLEMENT OF CASE |
| v. | ) | |
| INTERMETRO, etc., et al. | ) | |
| | ) | |
| DEFENDANT. | ) | |
| _____ | ) | |

The Court having been advised by the Counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

Dated: 11/1/06

CORMAC J. CARNEY
United States District Judge